PER CURIAM.

(No. 7001—Claimant )

CARMEN, ALONZO, d/b/a CARMEN'S MOVERS, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 15, 1974.*

EDWIN M. RAFFEL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.